IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

PYROTEK, INC., )
d/b/a NECO DIVISION, )
)
    Plaintiff, )
)    1:04CV00549
    v. )
)
MOTIONMASTER, INC., and )
SCOTT E. BOLLAR, )
)
    Defendants. )
)

ORDER

For the reasons set forth in the contemporaneously filed Memorandum Opinion, Defendants' Motion to Dismiss for lack of personal jurisdiction [Doc. #4] is GRANTED as it relates to Mr. Bollar, but DENIED as it relates to Motionmaster. Additionally, Defendants' Motion to Dismiss Pyrotek's unfair and deceptive trade practices claim [Doc. #4] is GRANTED.

Plaintiff's Motion for Leave to Conduct Discovery on Jurisdictional Issues [Doc. #15] is DENIED.

This the day of February 22, 2006

                                        /s/ N. Carlton Tilley, Jr.
                                        United States District Judge